## Killam's Heirs *v.* Costley, Administrator.

### *Motion to dismiss Appeal.*

*Appeal; when motion to dismiss is too late.* — A motion to dismiss an appeal for want of a certificate of appeal comes too late after joinder in error, if the case is one of which the supreme court can take jurisdiction by appeal.

APPEAL from Probate Court of Chambers.

J. J. ROBINSON, for motion.

W. H. DENSON, *contra.*

BRICKELL, C. J. — The appellee, having joined in error, now moves that the appeal be dismissed, and the cause stricken from the docket, because there is not a certificate of appeal. The motion comes too late.    When the record presents a case of which this court can take jurisdiction by appeal, a joinder in error is a waiver of the certificate of appeal, or of the security for costs, or of any defects therein.    1 Brick. Dig. 103, § 260.

The motion is overruled at the costs of the appellee.